DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT
_____

In the Interest of I.A., a child.

E.F.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
GUARDIAN AD LITEM PROGRAM,

Appellees.

No. 2D23-2166
_____

April 3, 2024

Appeal from the Circuit Court for Hillsborough County; Leslie Schultz-Kin, Judge.

Octavia Brown of Community Law for Families and Children, PLLC, Tampa, for Appellant.

Mary Soorus, Tampa, for Appellee, Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Laura J. Lee, Assistant Director of Appeals, Tallahassee; and Allison J. McCabe, Port Orange, for Appellee Guardian ad Litem Program.

PER CURIAM.

Affirmed.

SLEET, C.J., and BLACK and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.